UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID M. LEVINE, not individually,
but solely in his capacity as Receiver for
VIATICAL FUNDING, LLC-I, et. al. ,**

    **Plaintiff,**

v.                                               Case No.  8:04-cv-2227-T-30TGW

**STANLEY A. GOLDSMITH, Attorney at Law,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Request to Dismiss Action With Prejudice (Dkt. #19). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2227.dismissal.wpd